1  Michael D. Adams (State Bar No. 185835)
   madams@rutan.com
2  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Suite 1400
3  Costa Mesa, California 92626-1931
   Telephone:   714-641-5100
4  Facsimile:   714-546-9035

5  Leslie N. Harvey (SBN 241203)
   lharvey@cov.com
6  COVINGTON & BURLING LLP
   One Front Street
7  San Francisco, CA 94111
   Telephone:   415-591-6000
8  Facsimile:   415-591-6091

9  Attorneys for Plaintiff
   THE AMERICAN AUTOMOBILE
10 ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THE AMERICAN AUTOMOBILE ASSOCIATION, INC., | Case No. 11-CV-10078 GAF (VBK) |
|---|---|
| Plaintiff, | **PLAINTIFF THE AMERICAN AUTOMOBILE ASSOCIATION, INC.'S FINAL JUDGMENT** |
| vs. | |
| AAA ALL-STAR DISCOUNT AUTO TRANSPORTERS, INC. AND LISA LOPTMAN, | |
| Defendants. | |

Rutan & Tucker, LLP
attorneys at law

962/017601-0062
3247990.1 a04/17/12

FINAL JUDGMENT

-1-

Plaintiff The American Automobile Association, Inc.'s motion for default judgment against AAA All-Star Discount Auto Transporters, Inc. and Lisa Loptman ("Defendants") was submitted to this Court March 7, 2012.  The Court considered the matter fully and granted the motion on April 12, 2012.

Consistent with this Court's April 12, 2012, Memorandum & Order Regarding Motion for Default Judgment, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

(1) Defendants, their agents, employees, attorneys, and all persons in active concert or participation with any of them are restrained and permanently enjoined from using without the authorization of AAA any of AAA's Marks, logos, and trade names, including, but not limited to, the AAA Mark & Design, the designation "AAA," or any other name, logo, or mark that includes the designation "AAA" or that is confusingly or deceptively similar to any of AAA's Marks, logos, and trade names, including, but not limited to AAA All-Star Discount Auto Transporters, either alone or in conjunction with other words or symbols, as part of any trademark, service mark, logo, trade name, corporate name, assumed name, domain name, sub-domain name, website, or e-mail address, on or in relation to any goods or services sold or distributed by Defendants, or in any other manner;

(2) Defendants, pursuant to 15 U.S.C. § 1118, shall destroy all literature, signs, labels, prints, packages, wrappers, containers, advertising materials, Internet content, stationary, software, and any other items in their possession or control which contain the infringing designations "AAA" or any term, symbol, or logo confusingly similar to "AAA," either alone or in combination with other words or symbols, and shall destroy all plates, molds, matrices, masters, and other means in their possession or control with which they can make any of those infringing items; and

(3) Defendants are ordered to pay a total amount of $10,961.79 for costs and reasonable attorneys' fees.

1  Pursuant to 15 U.S.C. § 1116(a), Defendants shall file with the Court and
2  serve on AAA, within thirty (30) days after entry of the injunction, a report in
3  writing, under oath, setting forth in detail the manner in which Defendants have
4  complied with the injunction.

5  IT IS SO ORDERED.

7  Dated: April 19, 2012

_____
Hon. Gary A. Feess
Judge, United States District Court